UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID VAN ELZEN,

Plaintiff,

v.                                                    Case No. 22-C-859

ADVISORS IGNITE USA LLC,

Defendant.

## ORDER OF DISMISSAL

On May 6, 2024, after being advised by counsel that a settlement had been reached in this action, the court directed the parties to file a motion to dismiss this cause or a stipulation of dismissal within 30 days. Dkt. No. 47. Presently before the court is the parties' joint motion to vacate the court's January 18, 2024 Decision and Order Denying Plaintiff's Motion for Class Certification (Dkt. No. 42), a condition of the parties' settlement agreement. Accordingly, the court hereby approves the parties' agreement, their joint motion (Dkt. No. 48) is **GRANTED,** and the court's decision and order denying class certification (Dkt. No. 42) is **VACATED**. Pursuant to the parties' agreement, this action is **DISMISSED with prejudice**.

**SO ORDERED** at Green Bay, Wisconsin this 12th day of June, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge